ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ECHEVERRIA DE LA CRUZ,<br><br>Defendant. | CASE NO. 1:21-CR-00027-JLT-SKO<br><br>AMENDED STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: September 17, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on September 17, 2025.

2.  The parties agree that the status conference should be continued to October 1, 2025, at 1:00 p.m.

3.  The parties further agree to exclude time between September 17, 2025, and October 1, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4.  Specifically, the parties agree and stipulate, and request that the Court find the following:

    a) The defendant moves for a continuance to finalize a plea agreement in this matter.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation and

favorable resolution of this matter, taking into account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 17, 2025, to October 1, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2025           ERIC GRANT  
                                           United States Attorney

                                           /s/ KAREN A. ESCOBAR  
                                           KAREN A. ESCOBAR  
                                           Assistant United States Attorney

Dated: September 10, 2025           /s/ GRIFFIN ESTES  
                                           GRIFFIN ESTES  
                                           Counsel for Defendant  
                                           DANIEL ECHEVERRIA DE LA CRUZ

**ORDER**

IT IS SO ORDERED.

Dated: **September 11, 2025**            /s/ *Sheila K. Oberto*  
                                            UNITED STATES MAGISTRATE JUDGE